```
                 IN THE UNITED STATES DISTRICT COURT

                         FOR THE DISTRICT OF OREGON
```

**MOSLEH ADNAN,**                              3:14-cv-01941-ST

        **Plaintiff,**                       ORDER

**v.**

**THRIFTY PAYLESS, INC.,**

        **Defendant.**

**BROWN, Judge.**

    Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#34) on November 20, 2015, in which she recommends this Court grant in part and deny in part Defendant's Motion (#29) for Terminating Sanctions or, Alternatively, for Summary Judgment, and dismiss all claims in Plaintiff's Third Amended Complaint (#20) with prejudice.  The matter is now before

1 - ORDER

this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *See Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#34). Accordingly, the Court **GRANTS** Defendant's Motion (#29) for Terminating Sanctions; **DENIES as moot** Defendant's alternative Motion (#29) for Summary Judgment; and **DISMISSES** this matter **with prejudice**.

IT IS SO ORDERED.

DATED this 15th day of December, 2015.

                                          /s/ Anna J. Brown

                                          ANNA J. BROWN
                                          United States District Judge

2 - ORDER