IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **MOSLEH ADNAN,** | 3:14-cv-01941-ST |
|         **Plaintiff,** | ORDER |
| **v.** | |
| **RITE AID, INC., and THRIFTY PAYLESS, INC.,** | |
|         **Defendants.** | |

**BROWN, Judge.**

    Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#44) on February 4, 2016, in which she recommends this Court grant Defendants' Bill (#40) of Costs and award costs to Defendants in the amount of $1,824.00. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *See Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). *See also United States v.*

Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#44). Accordingly, the Court **GRANTS** Defendants' Bill (#40) of Costs and **AWARDS** to Defendant costs in the amount of $1,824.00.

IT IS SO ORDERED.

DATED this 14th day of March, 2016.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge